IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLOOMBERG L.P.**, <br> 731 Lexington Ave <br> New York, NY 10022 <br><br> **Plaintiff,** <br><br> v. <br><br> **FOOD AND DRUG ADMINISTRATION,** <br> Office of the Chief Counsel <br> White Oak Bldg. 1 <br> 10903 New Hampshire Avenue, <br> Silver Spring, MD 20993 <br><br> **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,** <br> Office of the General Counsel <br> 200 Independence Ave., SW, Room 713-F <br> Washington, D.C. 20201 <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **COMPLAINT**

1.  Plaintiff BLOOMBERG L.P. brings this suit to force Defendants FOOD AND DRUG ADMINISTRATION and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES to comply with Plaintiff's FOIA request and produce records, including communications of senior officials at FDA, referencing Neuralink, a company developing brain-implantable devices. In violation of FOIA, Defendants failed to issue a determination and failed to produce records responsive to the request.

## PARTIES

2. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print and live events. BLOOMBERG L.P. made the FOIA request at issue in this case.

3. Defendant FOOD AND DRUG ADMINISTRATION ("FDA") is a federal agency, and a component of U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## AUGUST 30, 2021 FOIA REQUEST

7. On August 30, 2021, BLOOMBERG submitted a FOIA request to FDA for "any calendar entries, phone logs, emails, letters, file documents, memorandums, and meeting notes generated or maintained by current and former FDA personnel around Neuralink's potential brain devices." BLOOMBERG sought records from January 1, 2019, through the present day. A true and correct copy of the FOIA request is attached as Exhibit 1.

8. On September 2, 2021, FDA acknowledged receipt of the request and assigned control number 2021-5750 to the request.

9. On January 25, 2022, BLOOMBERG asked FDA to provide an estimated date of completion for the request. A true and correct copy of the email correspondence is attached as Exhibit 2.

10. On February 3, 2022, FDA stated that there are "approximately 1,570 requests" ahead of BLOOMBERG's request. FDA added that the request is not "expected to come up in [FDA's] queue for processing for at least 12 more months." *Id.*

11. On January 19, 2023, Parties conferred over the phone to discuss potentially narrowing the scope of the request.

12. On January 23, 2023, BLOOMBERG narrowed the scope of the request to "communications between Neuralink and the following FDA officials: CDRH Center Director Jeff Shuren, Office of Police Director and Deputy Center Director Ellen Flannery, and Office of Strategic Partnerships/Technology Innovation Director Suzanne Schwartz." A true and correct copy of the narrowed request is attached as Exhibit 3.

13. BLOOMBERG also sought "emails, notes, word documents, phone logs, meeting notes, and calendar entries generated by or cc'ing" any of the above-reference FDA officials that reference Neuralink or its executives. The timeframe of the search is "January 1, 2019, through the day the FDA conducts the searches." *Id.*

14. BLOOMBERG submitted the narrowed request via FOIA.gov.

15. FDA received the narrowed request on or around January 25, 2023.

16. As of the date of this filing, in violation of FOIA, FDA has not issued a determination and has produce no records responsive to the request.

## COUNT I – AUGUST 30, 2021 FOIA REQUEST, FDA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION

17. The above paragraphs are incorporated by reference.

18. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

19. Defendants FDA and HHS are federal agencies subject to FOIA.

20. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

21. Defendant FDA has failed to issue a complete determination within the statutory deadline.

### COUNT II – AUGUST 30, 2021 FOIA REQUEST, FDA'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH

22. The above paragraphs are incorporated by reference.

23. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

24. Defendants FDA and HHS are federal agencies subject to FOIA.

25. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

26. Defendant FDA has failed to conduct a reasonable search for records responsive to the request.

### COUNT III – AUGUST 30, 2021 FOIA REQUEST, FDA'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS

27. The above paragraphs are incorporated by reference.

28. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

29. Defendants FDA and HHS are federal agencies subject to FOIA.

30. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

31. Defendant FDA has failed to produce all non-exempt records responsive to the request.

**WHEREFORE,** Plaintiff asks the Court to:

　i. declare that FDA has violated FOIA;

　ii. order FDA to conduct a reasonable search for records responsive to the requests;

　iii. order FDA to produce all non-exempt requested records or portions of records promptly;

　iv. enjoin FDA from withholding non-exempt public records under FOIA;

　v. award Plaintiff attorneys' fees and costs; and

　vi. award such other relief the Court considers appropriate.

Dated:  March 16, 2023

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com